UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAY -6 AM 9:27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CHARLIE WATERS | CIVIL ACTION |
| versus | NO. 09-7205 |
| BURL CAIN, WARDEN | SECTION: "D" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 30, 2010, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, IT IS ORDERED that the petition of Charlie Waters for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE as untimely.

New Orleans, Louisiana, this ___ day of MAY, 2010.

_____
UNITED STATES DISTRICT JUDGE